**E-Filed 9/13/10**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROJWOL SHRESTHA, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CANADIAN SOLAR, INC., SHAWN QU, and ARTHUR CHIEN,<br><br>Defendants. | Case Number 5:10-cv-02702-JF/HRL<br><br>**ORDER[1] GRANTING MOTION TO CONTINUE HEARING**<br><br>[Docket No. 23] |

Beginning on June 3, 2010, six class actions, including one brought by moving party Harry Tabak, were filed in the Southern District of New York against Defendant Canadian Solar Inc. On June 21, the above captioned action was filed in this Court. On August 2, pursuant to the Private Securities Litigation Reform Act of 1995, several parties made competing motions in the Southern District of New York for appointment as lead plaintiff, pursuant to the Private Securities Litigation Reform Act of 1995. In addition, one of the plaintiffs filed a motion to

---

[1] This disposition is not designated for publication in the official reports.

...

transfer the six New York actions to this Court. Three of the New York plaintiffs have now filed lead plaintiff motions in this Court. The briefing on the lead plaintiff and transfer motions in the Southern District of New York is complete, and a hearing before Judge Sweet is scheduled for September 29, 2010.

A hearing on the three pending lead plaintiff motions in this Court is scheduled for October 1, 2010. Tabak seeks to continue that hearing until after the Southern District of New York rules on the transfer motion pending there. No opposition to the motion has been filed, and a continuance of the hearing would serve the interests of judicial economy by avoiding the possibility of inconsistent rulings on the lead plaintiff motions. Accordingly, Tabak's motion to continue the hearing will be granted. The hearing is hereby taken off calender without prejudice pending the determination of the transfer motion before Judge Sweet.

**IT IS SO ORDERED**

DATED: 9/13/10

_____
JEREMY FOGEL
United States District Judge

Case No. 5:10-cv-02702-JF/HRL
ORDER GRANTING MOTION TO CONTINUE THE HEARING
(JFLC3)